**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| CHICAGO TILE INSTITUTE WELFARE PLAN, CHICAGO TILE INSTITUTE PENSION PLAN, and CERAMIC TILE AND TERRAZZO LOCAL 21 B.A.C ANNUITY PLAN, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | Case Number: 10 CV 4571 |
| v. | ) ) | Judge: Nordberg |
| K-TILE, INC., | ) ) ) | |
| Defendant. | ) | |

## Agreed Motion for Entry of Judgment Order

Plaintiffs, by its attorneys, Gregorio & Associates, move this Honorable Court to enter an Agreed Judgment Order against the Defendant, K-Tile, Inc., and in support states as follows:

1. Plaintiffs filed their Complaint on July 22, 2010 alleging that the Defendant failed to submit reports and contributions to the Plaintiff Trust Funds.

2. As a result of the delinquency, the Defendant owes $12,488.00 in delinquent contributions for the time period of March 2010 through August 2010.

3. By failing to pay their contributions to the Trust Funds in a timely manner, the Defendant also owes liquidated damages and interest to the Trust Funds. At the present time, the Defendant owes $2,272.52in liquidated damages.

4. Plaintiffs and Defendant have agreed that a Judgment Order should be entered against the Defendant for the total amount due of $14,760.52. A copy of the executed Agreed Judgment Order is attached to this motion.

WHEREFORE, Plaintiffs request that this Court enter an Agreed Judgment Order in the amount of $14,760.52 against the Defendant, K-Tile, Inc.

By: /s/ Michael J. McGuire
MICHAEL J. MCGUIRE

Michael J. McGuire
ARDC #: 6290180
Attorney for Plaintiffs
2 North LaSalle Street, Suite 1650
Chicago, IL 60602